# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155894(31)

JEROME A. HALE-BEY,
         Plaintiff-Appellant,

v

WAYNE CIRCUIT COURT,
         Defendant-Appellee.

_____/

SC: 155894
COA: 336772
Wayne CC: 00-008301-FC

        On order of the Chief Justice, the plaintiff-appellant's motion for reconsideration of the order of June 9, 2017 is denied because it does not appear that the order was entered erroneously. Within 21 days of the certification of this order, plaintiff shall pay the initial partial filing fee of $58.00 as ordered. Failure to comply with the terms of this order shall result in the administrative dismissal of plaintiff-appellant's appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      June 23, 2017



Clerk